Case 2:21-cr-00035   Document 6   Filed on 12/23/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE ACTION NO. 2:20-MJ-02197 |
| | § | |
| CHRISTIAN LEDEZMA | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the Defendant pending trial in this case:

(1)  There are no conditions or combination of conditions that would reasonably assure the appearance of the Defendant as required and the safety of the community.

The evidence against the Defendant meets the probable cause standard.  The Defendant was recently released from state parole, has been arrested seven times since being released from parole, has a significant substance abuse issue, has significant mental health issues, and does not have familial support.   The findings and conclusions contained in the Pretrial Services Report are adopted.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on December 23, 2020.

_____
Julie K. Hampton
United States Magistrate Judge